B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                                   Bankruptcy No. 19-17117amc
Vascular Access Centers, L.P.,
                                Debtor
Stephen V. Falanga, as Chapter 11
Trustee for the Debtor's Estate,
                                Plaintiff                         Adversary No. 21-87amc
            vs

Ameripride Linen and Apparel Services
n/k/a Aramark Uniform Services,
                                Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.  Answer is due **December 23, 2021** .

    Address of Clerk                               U.S. Bankruptcy Court
                                                                 Robert N.C. Building
                                                                  900 Market Street, Suite 400
                                                                  Philadelphia,  PA   19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney        Evan T. Miller, Esq.
                                                                  600 N. King Street, Ste 400
                                                                  Wilmington, DE 19801

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                       FOR THE COURT

                                                                       TIMOTHY B. MCGRATH
                                                                       CLERK OF COURT

  November 23, 2021                                     By:     s/Keith R. Borzillo
Date                                                                   Deputy Clerk

Bankruptcy No. 19-17117amc    Adversary No. 21-87amc

## CERTIFICATE OF SERVICE

I, _____ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.  I further certify that the service of this summons and a copy of the complaint was made _____(date) by:

(  ) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:


(  ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


(  ) Residence Service: By leaving the process with the following adult at:


(  ) Publication: The defendant was served as follows:[Describe briefly]


(  ) State Law:  The Defendant was served pursuant to the laws of the State of _____  (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
Date                                                              Signature


Print Name          _____

Business Address    _____

City, State, Zip    _____