## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 11 |
| VASCULAR ACCESS CENTERS, L.P., | Case No. 19-17117 (AMC) |
| Debtor. | |
| STEPHEN V. FALANGA, AS CHAPTER 11 TRUSTEE FOR THE DEBTOR'S ESTATE, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 21-00087 (AMC) |
| AMERIPRIDE LINEN AND APPAREL SERVICES N/K/A ARAMARK UNIFORM SERVICES, | |
| Defendant. | |

## PRAECIPE TO RE-ISSUE SUMMONS

Stephen V. Falanga, in his capacity as chapter 11 trustee for the bankruptcy estate of the above-captioned debtor, Vascular Access Centers, L.P., by and through his undersigned counsel, requests that the Clerk's Office re-issue a summons in the above-captioned adversary proceeding. The original summons that was issued was not served.

Dated: December 3, 2021

BAYARD, P.A.

/s/ Evan T. Miller
Evan T. Miller, Esq.
Daniel N. Brogan, Esq.
Steven D. Adler, Esq.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Telephone:  (302) 655-5000
Facsimile:  (302) 658-6395
Email:    emiller@bayardlaw.com
          dbrogan@bayardlaw.com
          sadler@bayardlaw.com

*Counsel to Stephen V. Falanga in his
Capacity as Chapter 11 Trustee*