Bankruptcy No. 19-17117amc    Adversary No. 21-87amc

## CERTIFICATE OF SERVICE

I, Evan T. Miller certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made December 6, 2021 (date) by:

( X ) Mail service: Regular, first class United States mail, postage pre-paid, and certified mail addressed to:

See attached service list.

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

( ) State Law:  The Defendant was served pursuant to the laws of the State of _____ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

| 12/6/2021 | /s/ Evan T. Miller |
|---|---|
| Date | Signature |

Print Name: Evan T. Miller, Bayard, P.A.

Business Address: 600 N. King St., Ste. 400, P.O. Box 25130

City, State, Zip: Wilmington, DE 19899

## Service List

Ameripride Linen and Apparel Services n/k/a Aaramark Uniform Services
PO Box 1280
Bemidji, MN  56619-1280

Ameripride Linen and Apparel Services n/k/a Aaramark Uniform Services (Midwest) LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

Ameripride Linen and Apparel Services n/k/a Aaramark Uniform Services
c/o Lauren Harrington
2400 Market St.
Philadelphia, PA 19103